IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARK J. REGESTER,

        Appellant,

v.

Case No. 5D22-1295
LT Case No. 2021-303887-CFDB

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 2, 2023

Appeal from the Circuit Court
for Volusia County,
Elizabeth A. Blackburn, Judge.

Matthew J. Metz, Public Defender,
and Jane Almy-Loewinger, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

JAY, SOUD and BOATWRIGHT, JJ., concur.